608

373 A.2d 1136
Commonwealth v. Slatton, Appellant.

Argued November 11, 1976. Chester B. Scholl, Jr., with him Fruit, Dill, Goodwin & Scholl, for appellant; Charles S. Hersh, Assistant District Attorney, with him Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., dissents.

373 A.2d 1136
Commonwealth v. Slusser, Appellant.

Submitted February 23, 1976. Bruce S. Miller, Assistant Public Defender, for appellant; Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.